

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

X-RAYED U.S. MARSHALS SE

Ross H. Schnierer
Kazerouni Law Group, APC
3000 Atrium Way
Suite 200
Mt. Laurel, NJ 08057

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

FILED
ENTERED

FEB 27 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

COUNSEL/PARTIES OF RECORD

RECEIVED 02/26/2026
SERVED ON 3M31229339

$001.03
FIRST-CLASS MAIL
IMI
ZIP 89101

US POSTAGE

**Set Up Judges in Civil Case**

2:26-cv-00272 Carlisle v. CHW Group, Inc.

### United States District Court

### District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 2/5/2026 at 4:42 PM PST and filed on 2/5/2026

**Case Name:**        Carlisle v. CHW Group, Inc.
**Case Number:**      2:26-cv-00272-MDC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Case randomly assigned to Magistrate Judge Maximiliano D. Couvillier, III. (ALZ)**

**2:26-cv-00272-MDC Notice has been electronically mailed to:**

**2:26-cv-00272-MDC Notice has been delivered by other means to:**

Ross H. Schmierer
Kazerouni Law Group, APC
3000 Atrium Way
Suite 200
Mt. Laurel, NJ 08057

## Clerk Entries

2:26-cv-00272-MDC Carlisle v. CHW Group, Inc.

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 2/5/2026 at 4:43 PM PST and filed on 2/5/2026
**Case Name:**       Carlisle v. CHW Group, Inc.
**Case Number:**     2:26-cv-00272-MDC
**Filer:**
**Document Number:** 3

**Docket Text:**
**GENERAL ORDER 2023-11 IN RE: CONSENT AND REFERRALS TO UNITED STATES MAGISTRATE JUDGES UNDER 28 U.S.C. § 636. (A copy of the General Order has been mailed to parties not receiving electronic service.) (ALZ)**

**2:26-cv-00272-MDC Notice has been electronically mailed to:**

Mona Amini    mona@kazlg.com, gustavo@kazlg.com

**2:26-cv-00272-MDC Notice has been delivered by other means to:**

Ross H. Schmierer
Kazerouni Law Group, APC
3000 Atrium Way
Suite 200
Mt. Laurel, NJ 08057

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=2/5/2026] [FileNumber=12244334-0
] [281a425ba26dbd5c45318af31fbcff6a066c2fee1ac5a1e6a3ffcec58d90e450184
ac2ff2ea0cabb50e91bc1d4a2c684e5ace047c4128d47b8a5ee812ecdc1e8]]