Jason A. Close, Esq.
Nevada Bar No: 13674
CLOSE LAW GROUP
2831 Saint Rose Pkwy STE 240
Henderson, Nevada 89052
Telephone:      702.983.4254
Facsimile:      702.924.4645
E-mail: jason@closelawgroup.com

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CARLISLE, <br><br> *Plaintiff,* <br><br> v. <br><br> CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, <br><br> *Defendant.* | Case No. 2:26-cv-00272-MDC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |

Pursuant to Fed. R. Civ. P. 6(a)(1), Fed. R. Civ. P. 6(b)(1)(A), LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiff Michael Carlisle ("Plaintiff") and Defendant CHW Group, Inc. d/b/a Choice Home Warranty (individually "Defendant" and collectively with the Plaintiff, the "Parties"), by and through their undersigned counsel, hereby respectfully stipulate and agree and do hereby jointly move the Court for an Order extending the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1, "Complaint") in this matter, to and including April 20, 2026. In support thereof, the Parties further state and agree as follows:

1.      Plaintiff filed his Complaint in this matter on February 5, 2026.

2.      On March 18, 2026, Defendant executed a waiver of service of process, running from February 5, 2026 (ECF No. 8). By operation of Fed. R. Civ. P. 4(d)(3), therefore, the Defendant's response to the Complaint is presently due on April 6, 2026.

3.      Counsel for the Parties met and conferred on April 3, 2026, via email, regarding extending the foregoing deadline. Plaintiff agreed to grant Defendant an extension of not less than fourteen (14) days. Therefore, Defendant's new deadline to answer, move, or otherwise respond to

1

the Complaint, if this extension is approved, would be on April 20, 2026.

4. This is the first request for an extension of Defendant's initial pleading deadline.

5. There are several reasons as to why Defendant and its counsel seek and are in need of an extension of time as to Defendant's aforementioned responsive pleading deadline. *First*, though they have acted diligently, Defendant and Defendant's undersigned counsel (who was just recently retained) need sufficient time to adequately investigate the underlying facts and allegations in the Complaint, prepare an appropriate responsive pleading(s), and potentially explore an extra-judicial resolution with Plaintiff, which may obviate the need for Defendant to respond to the Complaint altogether if successful. *Second*, Defendant's counsel have various unmovable professional and personal scheduling conflicts with the current deadline (including preplanned vacations and several motions and hearings set for around the same time period), which make completing the foregoing tasks by the current deadline extraordinarily difficult, if not impossible. *Third*, though it denies liability, Defendant desires to explore an extra-judicial resolution of this dispute with Plaintiff without incurring additional legal expenses or burdening the Court or its resources, and therefore requires additional time prior to the current pleading deadline to do so. *Fourth*, a short extension will promote efficiency and conserve judicial and party resources in this matter, by allowing Defendant sufficient time to investigate and attempt to reach an extra-judicial resolution without having to engage in motion practice. *Fifth*, Plaintiff agrees to the extension.

6. The Parties agree that the requested extension will promote efficiency and judicial economy by enabling the Parties to fully and adequately evaluate the claims at issue, allow Defendant to prepare an appropriate responsive pleading if necessary, and allow the Parties to continue to engage in preliminary resolution discussions without incurring additional expenses.

7. Defendant does not seek the requested extension for purposes of delay.

8. The requested extension will not prejudice any party and will not impact the timely resolution of this matter, particularly as the Parties are in agreement and this is Defendant's first requested extension of any kind in this cause. Moreover, an extension will promote justice, judicial economy, and party economy.

9. For at least the reasons above, therefore the Parties agree and respectfully submit

that there is sufficient "good cause" for the requested extension under all applicable rules and law, and therefore do jointly request the Court's approval of this Stipulation.

10.    Plaintiff has agreed to be bound by this Stipulation, pending Court approval of same, and to not seek entry of a default against Defendant, to the extent the requested extension requires judicial approval and is not approved on or before Defendant's current pleading deadline.

11.    In requesting this extension and by this Stipulation, Defendant does not waive and expressly reserves the right to assert any and all defenses to the underlying action, including, but not limited to, any defenses Defendant could raise pursuant to Federal Rules of Civil Procedure 12(b), including any jurisdictional defenses, standing, or any arbitral rights (including the right to move to compel arbitration).

WHEREFORE, for all of the reasons above, the Parties stipulate and respectfully request that the Court enter this order extending the Defendant's deadline to respond to the Complaint by a period of no less than fourteen (14) days, **to and including April 20, 2026** along with granting the Parties all other relief the Court deems just and proper.

Dated: April 3, 2026

CLOSE LAW GROUP

By:    */s/ Jason A. Close*
       Jason A. Close, Esq. (NBN: 13674)
       2831 Saint Rose Pkwy STE 240
       Henderson, Nevada 89052

*Attorneys for Defendant*

Dated: April 3, 2026

KAZEROUNI LAW GROUP, APC

By:    */s/ Mona Amini (w/ permission)*
       Mona Amini, Esq. (SBN: 15381)
       mona@kazlg.com
       6940 S. Cimarron Road, Suite 210
       Las Vegas, Nevada 89113
       *Counsel for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-7-26 _____

Respectfully Submitted by:
CLOSE LAW GROUP

 */s/ Jason A. Close*
Jason A. Close, Esq. (NBN: 13674)
2831 Saint Rose Pkwy STE 240
Henderson, Nevada 89052
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed and served on all counsel of record in the above-captioned matter on Friday, April 03, 2026, via the Court's CM/ECF filing service.

*/s/ Jason A. Close*
Jason A. Close, Esq.