**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Michael Carlisle,

Plaintiff(s),

vs.

CHW Group, Inc.,

Defendant(s).

2:26-cv-00272-MDC

**ORDER DISMISSING CASE**

Plaintiff filed a *Notice of Voluntary Dismissal with prejudice. ECF No. 16*.

**IT IS ORDERED that:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) **THIS CASE IS DISMISSED** with prejudice.
2. The Clerk of Court is directed to **CLOSE THIS CASE**.

Dated: October 13, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge